BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (175783)
fbottini@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile:  (858) 914-2002

*Attorneys for Plaintiff Emily Diaz*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY DIAZ, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN HOME BUYERS PROTECTION CORPORATION, a California Corporation,<br><br>　　　　　　　　　　　Defendant. | Case No. 09-cv-775 BAS (JLB)<br><br>**Plaintiff's Notice of Motion and Motion for Consolidation of Related Class Actions**<br><br>Hearing Date: August 4, 2014<br>Time:         N/A<br>Judge:        Hon. Cynthia Bashant<br>Courtroom:    4B<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |
| NANCY CARRERA, ANNA HERSHEY, KARENE JULLIEN, and BRENT MORRISON, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN HOME BUYERS PROTECTION COMPANY, a California Corporation, and DOES 1-20<br><br>　　　　　　　　　　　Defendant. | Case No. 13-cv-1585 BAS (JLB) |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, under Federal Rule of Civil Procedure 42(a)(2), Plaintiff Emily Diaz will, and hereby does, move this Court, in Courtroom 4B, of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, on August 4, 2014, for an order:

(1) consolidating the related class actions in *Diaz v. First American Home Buyers Protection Corp.*, No. 09-cv-775 BAS (JLB) (S.D. Cal.), and *Carrera v. First American Home Buyers Protection Co.*, No. 13-cv-1585 BAS (JLB) (S.D. Cal.); and

(2) granting such other and further relief as the Court deems just and proper.

No oral argument is required unless requested by the Court.

This motion is based on the accompanying memorandum of points and authorities and the Declaration of Yury A. Kolesnikov with accompanying exhibits, and all other papers and proceedings in this action.

Dated: July 3, 2014

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (175783)
Yury A. Kolesnikov (271173)

s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:   (858) 914-2001
Facsimile:     (858) 914-2002

*Attorneys for Plaintiff Emily Diaz*